SPENCER P. HUGRET (SBN 240424)
shugret@grsm.com
HAILEY M. ROGERSON (SBN 311918)
hrogerson@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

**UNITED STAES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAIGE A. WENZEL and FRANK W. WENZEL,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02612-JAM-DB<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER**

The stipulation is approved.  The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  July 13, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

---

1

[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE, CASE NO. 2:19-cv-02612-JAM-DB